Niria M. Arvizu, Esq., [SBN 236994]
arvizu@ipcounsel.us
301 E. Colorado, Blvd., Suite 705
Pasadena, CA 91101
Telephone No.: 626.831.8077

Attorneys for Plaintiff,
Wonderfold Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFOLD CORPORATION, a California Corporation.<br><br>  Plaintiff,<br><br>  vs.<br><br>OMNIFAMILY INC., a California Corporation, OMNIHOME INC., a New Jersey Corporation, HIGHLINK TRADE LIMITED, a Hong Kong Corporation, and DOES 1-5 inclusive,<br><br>  Defendants. | Case No.: 2:24-cv-3280 DDP (AJRx)<br><br>**PLAINTIFF WONDERFOLD CORPORATION'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>[*Filed concurrently with Memorandum of Points and Authorities, Declarations of Kevin Xia and Niria M. Arvizu, Esq.*]<br><br>Hearing Date:<br>Time:<br>Courtroom: 9C |

  Plaintiff, Wonderfold Corporation, (hereinafter "Wonderfold") ereby applies *ex parte* to the Court pursuant to Federal Rule of Civil Procedure 65 and

Local Rule 65-1 for a Temporary Restraining Order enjoining Defendants OMNIFAMILY, INC., OMNIHOME, INC., and HIGHLINK TRADE LIMITED ("Defendants") and anyone acting in concert with Joymor Defendants as DOES 1-5, from:

    a.    Producing, selling, offering for sale, distributing, advertising, providing, or promoting any infringing goods not authorized by Wonderfold including goods incorporating Wonderfold's Intellectual Property, or that so resembles Wonderfold's Intellectual Property as to be likely to cause confusion, mistake, or deception;

    b.    Using any word, term, symbol, or any combination thereof, or any false designation of origin, false or misleading description of fact, which in commercial advertising or promotion misrepresents the nature, characteristics, qualities, sponsorship or affiliation of Defendant's goods or services; and

    c.    Infringing in any manner, Wonderfold's Intellectual Property, in particular all iterations of Joymor's stroller wagon.

    d.    Upon Plaintiff's written request, any Internet marketplace website operators, administrators or service providers, or any third party providing such services in connection with website listing the Accused Products, including without limitation, Walmart, Amazon.com, and eBay.com, and ISPs, who are provided with notice of the injunction, shall immediately temporarily disable service to any and all listings of the Accused Products.

PLAINTIFF WONDERFOLD CORPORATION'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

2

Wonderfold further seeks an Order requiring Defendants to show cause why this Court should not issue a preliminary injuncting extending such temporary relief pending an adjudication on the merits.

Email and telephonic notice of the *Ex Parte* Application was given to Defendant Highlink on April 25, 2024.

This application is based on the grounds set forth in the accompanying Memorandum of Points and Authorities, the Declarations of Kevin Xia and Niria M. Arvizu, and such other and further argument and evidence as may be presented at or in connection with the hearing.

DATED: April 25, 2024    LAW OFFICES OF NIRIA M. ARVIZU

By  / Niria M. Arvizu /
Niria M. Arvizu
Attorney for Plaintiff,
WONDERFOLD CORPORATION