UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 24-03280-MWF (AJRx)  **Date:**  June 14, 2024
**Title:**  Wonderfold Corporation v. Highlink Trade Limited et al.

**Present:**  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

On April 29, 2024, the Court granted in part Plaintiff Wonderfold Corporation's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Re Preliminary Injunction (Docket No. 10).  (The "Prior Order", Docket No. 13).  In the Prior Order, the Court issued an Order to Show Cause ("OSC") why a Preliminary Injunction should not issue.  (*Id.* at 1).  On May 20, 2024, Plaintiff filed a Notice of Non-Opposition to the OSC.  (Docket No. 17).  Defendants Highlink Trade Limited, Omnifamily Inc., and Omnihome Inc. filed a Reply to the Notice on May 28, 2024. (Docket No. 23).  In the Reply, Defendants state that they are no longer selling the accused products and would be willing to stipulate to an injunction pending resolution of this action.  (Docket No. 23 at 2).  Based on the Reply, the Court set a status conference regarding the OSC, and shortly thereafter, held the conference.  (Docket No. 28).

Based on the discussion, the Court expects the parties to stipulate to a preliminary injunction.  If that does not occur, then the parties will follow the following schedule: Defendants may file a response to the OSC on or before **June 24, 2024**.  Plaintiff may file a reply on or before **July 1, 2024**.  A hearing regarding the OSC will be held at **10:00 a.m.** on **July 8, 2024**.

IT IS SO ORDERED.

**CIVIL MINUTES—GENERAL**     1